**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF VIRGIN ISLANDS

Case number *(if known)* _____   Chapter __11__

☐ Check if this is an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Magens Interval Resort, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Magens Bay Villas Club**<br>**DBA  The Bay Club** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **6200 Magens Bay Road, Suite 2**<br>**St Thomas, VI 00802**<br>Number, Street, City, State & ZIP Code | |
| | | | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Saint Thomas**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | Magens Interval Resort, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| District | _____ | When _____ | Case number _____ |
| District | _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.

Debtor   **Magens Interval Resort, Inc.**                                    Case number (*if known*) _____
         Name

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

**11. Why is the case filed in this district?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                              Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

           Contact name _____

           Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **Magens Interval Resort, Inc.**                                    Case number (*if known*) _____
　　　　Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 20, 2025**
　　　　　　　　MM / DD / YYYY

**X** **/s/ Michael Shelby**                              **Michael Shelby**
　Signature of authorized representative of debtor      　Printed name

Title   **President**

**18. Signature of attorney**

**X** **/s/ Kevin F. D'Amour**                    Date   **June 20, 2025**
　Signature of attorney for debtor                       MM / DD / YYYY

**Kevin F. D'Amour**
Printed name

**Barnes, D'Amour & Vogel**
Firm name

**5143 Palm Passage**
**Suite 20C & 21C**
**St Thomas, VI 00802**
Number, Street, City, State & ZIP Code

Contact phone   **340 776-0777**       Email address   **kdamour@usvilawfirm.com**

**288 VI**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    __Magens Interval Resort, Inc.__

United States Bankruptcy Court for the:    DISTRICT OF VIRGIN ISLANDS

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __June 20, 2025__          X */s/ Michael Shelby*
                                              Signature of individual signing on behalf of debtor

                                          **Michael Shelby**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Magens Interval Resort, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF VIRGIN ISLANDS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bay Club Members** | | **Prepaid Membership interests** | **Disputed** | | | **$98,080.68** |
| **Bay Club Members** | | **Pre-paid Maintenance fees** | **Disputed** | | | **$26,589.40** |
| **Contingent - Bay Club Members** | | **Pre-paid interests** | **Disputed** | | | **$255,355.00** |
| **Flamboyan on the Bay Resort & Villas LLC 6200 Magens Bay Road St Thomas, VI 00802** | | **Trade debt - Accounts Payable** | | | | **$90,904.44** |
| **Lt. Govenor's Office 5049 Kongens Gade St Thomas, VI 00802** | | **7-Remainder, 7A, 7B, 7D Estate St. Joseph & Rosendahl, St. Thomas, VI** | **Disputed** | **$4,754.35** | **Unknown** | **Unknown** |
| **Mini Club Members** | | **Pre-paid Membership interest** | **Disputed** | | | **$139,527.35** |
| **Small Business Adminstration P.O. Box3918 Portland, OR 97208** | | **Diaster COVID-19 Economic Injury** | **Contingent** | | | **$177,582.89** |

**Fill in this information to identify the case:**

Debtor name  **Magens Interval Resort, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF VIRGIN ISLANDS

Case number (if known)  _____

☐ Check if this is an
  amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:    Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*...................................................................................    $ _____ **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*...............................................................................    $ _____ **749,427.98**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*.................................................................................    $ _____ **749,427.98**

**Part 2:    Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____ **4,754.35**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................    $ _____ **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$ _____ **788,039.76**

4.   Total liabilities ........................................................................................
    Lines 2 + 3a + 3b    $ _____ **792,794.11**

**Fill in this information to identify the case:**

Debtor name    **Magens Interval Resort, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF VIRGIN ISLANDS

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Merchants Commercial Bank, 84P6+Q5J St. Thomas, Rte 38, Anna's Retreat, St. Thomas, VI, 00802** | Checking | | **$4,527.44** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$4,527.44**

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| | | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|---|
| 11a. 90 days old or less: | | **53,045.44** | - | **0.00** | = .... | **$53,045.44** |

Debtor   **Magens Interval Resort, Inc.**

Name

Case number *(if known)* _____

11a. 90 days old or less:   **691,855.10**   -   **0.00**   = ....   **$691,855.10**

face amount   doubtful or uncollectible accounts

12.   **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.   **$744,900.54**

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| | Office and room furniture and fixtures | $0.00 | Replacement | Unknown |
| | Room Furniture | $125,000.00 | | Unknown |

41.   **Office equipment, including all computer equipment and communication systems equipment and software**

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.   **$0.00**

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

| Debtor | **Magens Interval Resort, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **7-Remainder, 7A, 7B, 7D Estate St. Joseph & Rosendahl, Great Northside Quarter, St. Thomas, US Virgin Islands** | Fee simple | $134,920.00 | | Unknown |
| 55.2.  **Buildings and Capital Improvements** | Fee simple | $2,213,162.28 | Replacement | Unknown |
| 55.3.  **Parcel 7D St. Joseph & Rosendahl, Great Northside Quarter, St. Thomas VI 00802 and Improvements** | Fee simple | $1,028,082.28 | Tax records | Unknown |

56.   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $0.00 |
|---|

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

Debtor    **Magens Interval Resort, Inc.**                                  Case number *(If known)* _____
            Name

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor  **Magens Interval Resort, Inc.**                                    Case number *(If known)* _____
     Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,527.44 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $744,900.54 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9....................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $749,427.98 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $749,427.98 |

**Fill in this information to identify the case:**

Debtor name __**Magens Interval Resort, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF VIRGIN ISLANDS__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

| 2.1 | **Lt. Govenor's Office** | | |
|---|---|---|---|
| | Creditor's Name | **$4,754.35** | **Unknown** |

| | |
|---|---|
| **5049 Kongens Gade**<br>**St Thomas, VI 00802** | Describe debtor's property that is subject to a lien<br>**7-Remainder, 7A, 7B, 7D Estate St. Joseph &**<br>**Rosendahl, St. Thomas, VI** |
| Creditor's mailing address | |
| | Describe the lien<br>**Statutory Lien** |
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes |
| **Date debt was incurred** | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed |

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$4,754.35**

### Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name __**Magens Interval Resort, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF VIRGIN ISLANDS__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**Bay Club Members**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Prepaid Membership interests__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$98,080.68** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**Bay Club Members**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Pre-paid Maintenance fees__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$26,589.40** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**Contingent - Bay Club Members**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Pre-paid interests__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$255,355.00** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**Flamboyan on the Bay Resort & Villas LLC**<br>**6200 Magens Bay Road**<br>**St Thomas, VI 00802**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade debt - Accounts Payable__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$90,904.44** |

56883

| Debtor | **Magens Interval Resort, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$139,527.35** |
|---|---|---|---|

**Mini Club Members**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Pre-paid Membership interest__

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$177,582.89** |
|---|---|---|---|

**Small Business Adminstration**
**P.O. Box3918**
**Portland, OR 97208**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** __7803__

**Basis for the claim:** __Diaster COVID-19 Economic Injury__

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 788,039.76 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 788,039.76 |

**Fill in this information to identify the case:**

Debtor name  **Magens Interval Resort, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF VIRGIN ISLANDS

Case number (if known)  _____

☐ Check if this is an
  amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*      *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Membership Agreement**<br><br><br>**Alan and Jeanne Saalfrank**<br>**825 Ansley Dr**<br>**Fort Wayne, IN 46804** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Membership Agreement (Week 22 - $1,454.75)**<br><br><br>**Alana Petraske**<br>**30 Jones St**<br>**New York, NY 10014** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Membership Contract (Week 24 - $2,000.00)**<br><br><br>**Amy Stout**<br>**2165 Isabella Dr.**<br>**Chesapeake, VA 23321** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Membership Agreement (Week 51 & 52 - $13,073.50)**<br><br><br>**Andrew and Debbie Pirkle**<br>**P.O. Box 2697**<br>**Big Spring, TX 79720** |

Debtor 1    **Magens Interval Resort, Inc.**                                    Case number *(if known)* _____
   First Name      Middle Name      Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Agreement (Week 50 - $954.75)**

State the term remaining

List the contract number of any government contract

**Andrew Johnson**
**258 Sycamore St.**
**Buffalo, NY 14204**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Agreement (Week 21 - $1,454.75)**

State the term remaining

List the contract number of any government contract

**Bernadette Kohut**
**7 Sterling Dr.**
**New Milford, CT 06776**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Agreement**

State the term remaining

List the contract number of any government contract

**Brenda and Niles Howard**
**516 Hardage Trace**
**Marietta, GA 30064**

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Agreement**

State the term remaining

List the contract number of any government contract

**Brian, Laura and Marc McKay**
**36 Manalapan Ave**
**Freehold, NJ 07728**

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Agreement (Week 41 - $1,454.75)**

State the term remaining

List the contract number of any government contract

**Carl Neal**
**3401 Tipton Lane**
**Woodbridge, VA 22192**

---

Debtor 1    **Magens Interval Resort, Inc.**

First Name          Middle Name          Last Name          Case number (*if known*) _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Carole Lucas and Peter Cooney** |
| | List the contract number of any government contract | | **27 Briar Circle**<br>**South Yarmouth, MA 02664** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Contract (Week 6 - $2,000.00)** | |
|---|---|---|---|
| | State the term remaining | **2025** | **Carole Svebakken** |
| | List the contract number of any government contract | | **215 E. Ash**<br>**Three Oaks, MI 49218** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement (Week 43 - $1,454.75)** | |
|---|---|---|---|
| | State the term remaining | | **Charles Goas** |
| | List the contract number of any government contract | | **6700 150th Ave, North Lot 108**<br>**Clearwater, FL 33764** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Contract (Week 3 - $7,623.75)** | |
|---|---|---|---|
| | State the term remaining | **2028** | **Christorpher & Elizabeth Dawkins** |
| | List the contract number of any government contract | | **101 Sakatah Lane**<br>**Mankato, MN 56001** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Dearline and Terry Wiliams** |
| | List the contract number of any government contract | | **3818 Bell St**<br>**Wilson, NC 27893** |

Debtor 1    **Magens Interval Resort, Inc.**                                          Case number (*if known*) _____
　　　　　First Name　　　　　Middle Name　　　　　Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.15.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Agreement**

　　State the term remaining

　　List the contract number of any government contract

**Debra and Kelly Wilson**
**8 West Wlanut St**
**Washington, IN 47501**

**2.16.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Agreement**

　　State the term remaining

　　List the contract number of any government contract

**Dennis, Nancy and Kristin Straiter**
**156 A South Forth ST.**
**Lehighton, PA 18235**

**2.17.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Agreement (Week 7 - $12,295.08)**

　　State the term remaining

　　List the contract number of any government contract

**Diann Adams**
**19 Woodlan Rd**
**Durham, ME 04222**

**2.18.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Contract (Week 7 - $4,666.00) (Week 8 - $4,666.00) (Week 8 - $4,666.00)**

　　State the term remaining — **2035**

　　List the contract number of any government contract

**Donald & Andrea Esler**
**Trigstad Rd 5955**
**Aurora, MN 55705**

**2.19.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Agreement (Weeks 7 & 8 - $3,885.00)**

　　State the term remaining

　　List the contract number of any government contract

**Donald Esler**
**5955 Trigstad Rd**
**Aurora, MN 55705**

Debtor 1  **Magens Interval Resort, Inc.**                          Case number (*if known*) _____
         First Name     Middle Name     Last Name

<span style="background:#3a0a3a;">    </span>  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement (Week 33 - $1,454.75)** | |
|---|---|---|---|
| | State the term remaining | | **Edward Frederick 83 Morgan St Stamford, CT 06905** |
| | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **Edward Frederick 83 Morgan St Stamford, CT 06905** |
| | List the contract number of any government contract | | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Contract (Week 17 - $2,000.00)** | |
|---|---|---|---|
| | State the term remaining | **2025** | **Elizabeth Scheidler 5024 Essex Dr. Carmel, IN 46033** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Management Contract (Week 17 - $3,000.00)** | |
|---|---|---|---|
| | State the term remaining | **2025** | **Elizabeth Scheidler & Jeffrey Wheeler 5024 Essex Dr. Carmel, IN 46033** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Contract** | |
|---|---|---|---|
| | State the term remaining | | **Florance A. Greenstein PMB 265 Brooklyn, NY 11236** |
| | List the contract number of any government contract | | |

Debtor 1   **Magens Interval Resort, Inc.**                                      Case number (*if known*) _____

First Name          Middle Name          Last Name

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Management Contract (Week 2 - $5,850.00) (Week 3 - $5,850.00) (Week 2, 3, 4 - $5,850.00) (Week 2 - $199.00) (Week 3 - $5,850.00) (Week 4 - $5,850.00)** | |
|---|---|---|---|
| | State the term remaining | **2031** | |
| | List the contract number of any government contract | | **Garland Chambers**<br>**6822 Autumn Wood Lane**<br>**Roanoke, VA 24019** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement (Week 4 - $4,376.71)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Gene Cartier**<br>**1712 Farington Lane**<br>**Fayetteville, NC 28305** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **General Engineering Corporation**<br>**P.O. Box 1656**<br>**Kingshill, VI 00851** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Contract (Week 21 - $1,000.00)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Geraldine R. Eure**<br>**624 ShanHican Drive**<br>**Trenton, NJ 08618** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Gordan E. Henderson**<br>**4901 Lakegreen Ct.**<br>**Raleigh, NC 27612** |

Debtor 1   **Magens Interval Resort, Inc.**

First Name              Middle Name              Last Name              Case number (*if known*)

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.30.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Gregory Carman**<br>**266 Main Street**<br>**Farmingdale, NY 11785** |
| **2.31.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Agreement (Week 27 - $13,000.00)**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Gretchen & Tom Hogy**<br>**1107 Duncan Ave**<br>**Elgin, IL 60120** |
| **2.32.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Guy Raymond**<br>**190 Old Cove Rd**<br>**Liverpool, NY 13090** |
| **2.33.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Agreement (Week 19 - $11,200.00)**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Heather and Zane Hannold**<br>**1104 Stone Ferry Lane**<br>**Raleigh, NC 27606** |
| **2.34.** State what the contract or lease is for and the nature of the debtor's interest — **Management Contract (Week 47 - $1,000.00)**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Hoi Q. Le**<br>**44185 Glendora Drive**<br>**Fremont, CA 94539** |

Debtor 1    **Magens Interval Resort, Inc.**                              Case number *(if known)* _____
First Name    Middle Name    Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Contract (Week 44 - $2,860.00) (Week 45 - $7,973.50)** | |
|---|---|---|---|
| | State the term remaining | **2025** | **James Segelstrom** |
| | List the contract number of any government contract | | **1006 Abbott St., West Stillwater, MN 55082** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement (Week 21 - $1,605.40)** | |
|---|---|---|---|
| | State the term remaining | | **Jaohn & Mary Wallman** |
| | List the contract number of any government contract | | **292 Emerald Bay Moneta, VA 24121** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement (Week 5 - $18,000.00** | |
|---|---|---|---|
| | State the term remaining | | **Jerry Williams** |
| | List the contract number of any government contract | | **3818 Bell St Wilson, NC 27893** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement (Week 32 - $1,454.76)** | |
|---|---|---|---|
| | State the term remaining | | **John & Diane Santa Croce** |
| | List the contract number of any government contract | | **16 Spruce Street Hudson Falls, NY 12839** |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement (Week 18 - $8,500.00)** | |
|---|---|---|---|
| | State the term remaining | | **John and Diana Choy** |
| | List the contract number of any government contract | | **983 New Brunswick Ave Rahway, NJ 07065** |

Debtor 1    **Magens Interval Resort, Inc.**

First Name        Middle Name        Last Name        Case number (*if known*)

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement (Week 45 - $11,000.00)** | |
|---|---|---|---|
| | State the term remaining | | John and Moddy Harding |
| | List the contract number of any government contract | | 219 Pine St<br>Freeport, NY 11520 |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement (Week 5 - $2,579.40)** | |
|---|---|---|---|
| | State the term remaining | | John Kondracki |
| | List the contract number of any government contract | | 171 Tifton St<br>Advance, MA 02700-6000 |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Contract (Week 20 - $1,000.00)** | |
|---|---|---|---|
| | State the term remaining | | John Neihesel |
| | List the contract number of any government contract | | 9766 Yoder Rd SW<br>Nashville, OH 44661 |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement (Week 8 - $17,000.00)** | |
|---|---|---|---|
| | State the term remaining | | John Pepperman |
| | List the contract number of any government contract | | 36897 Almont Drive<br>Sterling Heights, MI 48310 |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement (Week 10 - $5,910.35)** | |
|---|---|---|---|
| | State the term remaining | | John Primm |
| | List the contract number of any government contract | | 9191 North Lima Rd<br>Youngstown, OH 44514 |

Debtor 1   **Magens Interval Resort, Inc.**

　　　　　First Name　　　　　Middle Name　　　　　Last Name　　　　Case number (*if known*) _____

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.45.**　State what the contract or lease is for and the nature of the debtor's interest — **Membership Contract (Week 13 - $2,000.00)**

State the term remaining

List the contract number of any government contract

John Stanioski
193 High Road
Newbury, MA 01951

---

**2.46.**　State what the contract or lease is for and the nature of the debtor's interest — **Membership Agreement (Week 50 - $1,605.40)**

State the term remaining

List the contract number of any government contract

Jonathan Lucas
1805 Waller St
Portsmouth, OH 45662

---

**2.47.**　State what the contract or lease is for and the nature of the debtor's interest — **Membership Agreement (Week 2 & 9 - $3,467.99)**

State the term remaining

List the contract number of any government contract

Joseph and Victoria Santa Maria
7102 Myrtlewood Lane
Spring Hill, FL 34606

---

**2.48.**　State what the contract or lease is for and the nature of the debtor's interest — **Membership Contract (Week SA - $3,000.00)**

State the term remaining — **2027**

List the contract number of any government contract

Joyce Chizick
P.O. Box 325
Lyndonville, NY 14098

---

**2.49.**　State what the contract or lease is for and the nature of the debtor's interest — **Membership Agreement (Week 27 - $22,500.00)**

State the term remaining

List the contract number of any government contract

Judith and RB Hooks
18304 Walker Branch CT
Laurel, MD 20707

---

Debtor 1  **Magens Interval Resort, Inc.**                                          Case number (*if known*) _____
First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.50.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Agreement (Week 2 - $8,938.00)**

State the term remaining

List the contract number of any government contract

Karen Mueller
2209 Harbor Dr
Bismarck, ND 58504

**2.51.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Agreement (Week 34 - $9,800.00)**

State the term remaining

List the contract number of any government contract

Kelly Wilson
8 West Walnut St
Washington, IN 47501

**2.52.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Agreement**

State the term remaining

List the contract number of any government contract

Keri and Stanley Monokandilos
1037 Penninsula Ave
Tarpon Springs, FL 34689

**2.53.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Agreement (Week 7 - $17,500.00)**

State the term remaining

List the contract number of any government contract

Kevin & Tammy McIntyre
28 General Wooster Rd
Derby, CT 06418

**2.54.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Contract (Week 27 - $1,000.00)**

State the term remaining

List the contract number of any government contract

Kim McLean
2813 Crossfields Way
Herndon, VA 20171

Debtor 1   **Magens Interval Resort, Inc.**                                    Case number (*if known*) _____
           First Name          Middle Name          Last Name

<span style="background-color:#3B0A45;">      </span>  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.55.**   State what the contract or lease is for and the nature of the debtor's interest       **Management Agreement (Week 10 - $14,700.00)**

State the term remaining

List the contract number of any government contract       **Lars & Terri Hallberg
1408 Rebecca Lane
Saint Paul, MN 55122**

---

**2.56.**   State what the contract or lease is for and the nature of the debtor's interest       **Membership Agreement**

State the term remaining

List the contract number of any government contract       **Lars and Terrie Hallberg
1408 Rebecca Lane
Saint Paul, MN 55122**

---

**2.57.**   State what the contract or lease is for and the nature of the debtor's interest       **Membership Agreement (Week 34 - $6,000.00)**

State the term remaining

List the contract number of any government contract       **Laura & Marc Wellauer
35 Manalapan Ave
Freehold, NJ 07728**

---

**2.58.**   State what the contract or lease is for and the nature of the debtor's interest       **Membership Agreement**

State the term remaining

List the contract number of any government contract       **Leonidis B. Sutherland
170 Kel Wen Circle
Destin, FL**

---

**2.59.**   State what the contract or lease is for and the nature of the debtor's interest       **Membership Agreement**

State the term remaining

List the contract number of any government contract       **Louise Mary Jerrell
2741 N Salisbury
Apt #2303
Carmel, IN 46033**

---

Debtor 1    **Magens Interval Resort, Inc.**                                    Case number *(if known)* _____
    First Name      Middle Name      Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.60.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Agreement** | |
|     State the term remaining | **Luis Despaigne** |
|     List the contract number of any government contract | **2067 Independence Dr**<br>**New Windsor, NY 12553** |
| **2.61.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Contract** | |
|     State the term remaining | **Lynette W. Demarest** |
|     List the contract number of any government contract | **1800 Old Meadow Road**<br>**#215**<br>**Mc Lean, VA 22102** |
| **2.62.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Agreement (Week 2 - $12,000.00)** | |
|     State the term remaining | **Marcia Simpson and Daniel Routley** |
|     List the contract number of any government contract | **Three Tulip St**<br>**Wallaceburg, ON** |
| **2.63.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Contract (Week 9 - $7,630.00)** | |
|     State the term remaining — **2030** | **Maria Andriotis** |
|     List the contract number of any government contract | **32-23 163rd Street**<br>**Flushing, NY 11358** |
| **2.64.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Agreement** | |
|     State the term remaining | **Mark and Shrley Nicol** |
|     List the contract number of any government contract | **10417 Mount Sunapee Rd**<br>**Vienna, VA 22182** |

Debtor 1    **Magens Interval Resort, Inc.**                                              Case number (*if known*) _____
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement (Weeks 26 & 27 - $3,210.80)** | |
|---|---|---|---|
| | State the term remaining | | **Mark Walker** |
| | List the contract number of any government contract | | **5625 S. Dunrobin Dr, Springfield, MO 65809** |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Contract (Week 327 - $2,000.00)** | |
|---|---|---|---|
| | State the term remaining | **2025** | **Marty & Rhonda Holt** |
| | List the contract number of any government contract | | **130 Spring Creek Road Troy, MO 63379** |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Judgment and mediation settlement of $80,000.00** | |
|---|---|---|---|
| | State the term remaining | | **Mary Davies** |
| | List the contract number of any government contract | | **C/O Lee Rohn 1108 King St Suite 3 Christiansted, VI 00820** |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement (Week 40 - $9,000.00)** | |
|---|---|---|---|
| | State the term remaining | | **Maylyne and Evan Kamidoi** |
| | List the contract number of any government contract | | **821 North Z St Lompoc, CA 93436-3815** |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Contract (Week 5 - $4,000.00)** | |
|---|---|---|---|
| | State the term remaining | **2027** | **Michael Shafer** |
| | List the contract number of any government contract | | **257 Union Avenue Kittanning, PA 16201** |

Debtor 1  **Magens Interval Resort, Inc.**

First Name          Middle Name          Last Name          Case number (*if known*)

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement (Week 49 - $1,454.75)** | |
|---|---|---|---|
| | State the term remaining | | **Monte & Regina Vent 17266 TWP HWY 58 Upper Sandusky, OH 43351** |
| | List the contract number of any government contract | | |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement (Week 52  - $15,800.00)** | |
|---|---|---|---|
| | State the term remaining | | **Nils & Brenda Howard 516 Hardage Trace Marietta, GA 30064** |
| | List the contract number of any government contract | | |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Contract of sale dated January 29, 2018 by and between Tropic Leisure Corporation, Magens Internal Resort, Inc., Magens Point Inc. (the "Sellers") and NS II LLC (the 'Buyer") for the sale of 7-Remainder, 7A, 7B, 7D Estate St. Joseph & Rosendahl, Great Northside Quarter, St. Thomas, VI 00802 for $1,500,00.00 to close within 135 days of the date of the Contract of Sale** | |
|---|---|---|---|
| | State the term remaining | | **NS II, LLC 605 E. Robinson Street Suite 730 Orlando, FL 32801** |
| | List the contract number of any government contract | | |

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement (Week 2 - $4,000.00)** | |
|---|---|---|---|
| | State the term remaining | | **Patty L. Tigner, Trustee P.O. Box2281 Lancaster, ME 04313** |
| | List the contract number of any government contract | | |

Debtor 1  **Magens Interval Resort, Inc.**                                    Case number (*if known*) _____

First Name          Middle Name          Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.74.  State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement (Week 19 - $14,500.00)**

    State the term remaining

    List the contract number of any government contract _____

**Peter Cooney
27 Briar Circle
Boston, MA 02266-4000**

---

2.75.  State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement**

    State the term remaining

    List the contract number of any government contract _____

**Peter White, Jr.
7390 SW 131 St
Miami, FL 33156-5370**

---

2.76.  State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement**

    State the term remaining

    List the contract number of any government contract _____

**Philip and Barbara Fitzpatrick
26 Foxhunt Ct
Staten Island, NY 10301**

---

2.77.  State what the contract or lease is for and the nature of the debtor's interest | **Management Contract (Week 7 & 1 - $12,800.00)**

    State the term remaining

    List the contract number of any government contract _____

**Philip and Barbara Fitzpatrick
26 Foxhunt Ct
Staten Island, NY 10301**

---

2.78.  State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement (Week 51 - $1,605.40)**

    State the term remaining

    List the contract number of any government contract _____

**Philip Strambler
8208 Brattle Rd
Pikesville, MD 21208**

Debtor 1  **Magens Interval Resort, Inc.**                                      Case number (*if known*) _____

First Name         Middle Name         Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement (Week 11 & 12 - $1,654.00)** | |
|---|---|---|---|
| | State the term remaining | | **Phillip Huggett** |
| | List the contract number of any government contract | | **W 4277 County Rd G**<br>**Ellsworth, WI 54011** |

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement (Week 4 - $9,186.00)** | |
|---|---|---|---|
| | State the term remaining | | **Randall Goertzen** |
| | List the contract number of any government contract | | **26427 High Banks Dr**<br>**Salisbury, MD 21801** |

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement (Week 42 - $1,454.75)** | |
|---|---|---|---|
| | State the term remaining | | **Randy Smith** |
| | List the contract number of any government contract | | **135 County View**<br>**Kunkletown, PA 18058** |

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Contract (Week SA - $1,439.60)** | |
|---|---|---|---|
| | State the term remaining | **2025** | **Richard & Ann Lafford** |
| | List the contract number of any government contract | | **6270 McNeil Hill Rd**<br>**Dansville, NY 14437** |

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement (Week 12 - $4,079.00)** | |
|---|---|---|---|
| | State the term remaining | | **Richard and Janice Godden** |
| | List the contract number of any government contract | | **N 8036 900th St**<br>**River Falls, WI 54022** |

Debtor 1   **Magens Interval Resort, Inc.**                                          Case number (*if known*) _____
　　　　　First Name　　　　Middle Name　　　　Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Richard Knop** |
| | List the contract number of any government contract | | **38320 Imperial Lane**<br>**Waukegan, IL 60087** |

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement (Week 5 - $2,227.27)** | |
|---|---|---|---|
| | State the term remaining | | **Richard Morabito** |
| | List the contract number of any government contract | | **28567 Chatham**<br>**Grosse Ile, MI 48138** |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement - (Week 50 - $1,454.75)** | |
|---|---|---|---|
| | State the term remaining | | **Richard Sawyer** |
| | List the contract number of any government contract | | **1012 Belmond Rd**<br>**Gettysburg, PA 17325** |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement (Week 35 - $1,454.76)** | |
|---|---|---|---|
| | State the term remaining | | **Robert Hordich** |
| | List the contract number of any government contract | | **304 Stoney Creek Rd**<br>**Clarks Summit, PA 18411** |

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement (Week 27 - $1,454.75)** | |
|---|---|---|---|
| | State the term remaining | | **Robert McCann** |
| | List the contract number of any government contract | | **41 W, Colonial Hwy**<br>**Hamilton, VA 20158** |

Debtor 1   **Magens Interval Resort, Inc.**                                                          Case number *(if known)* _____

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.89.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Agreement**

State the term remaining

List the contract number of any government contract

**Robyn and Bruce Ratliff**
**3459 Van Wie Dr. East**
**Baldwinsville, NY 13027**

---

**2.90.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Agreement**

State the term remaining

List the contract number of any government contract

**Roger Lombard**
**10965 1st Street**
**Foley, MN 56329**

---

**2.91.** State what the contract or lease is for and the nature of the debtor's interest — **Management Contract (Week 2 - $1,520.00)**

State the term remaining — **2025**

List the contract number of any government contract

**Ron Vince**
**1207 Indian Peak Road**
**Golden, CO 80403**

---

**2.92.** State what the contract or lease is for and the nature of the debtor's interest — **Management Contract (Week 19 - $3,000.00)**

State the term remaining — **2025**

List the contract number of any government contract

**Sal Santore**
**1417 Lake Bass Drive**
**Lake Worth, FL 33461**

---

**2.93.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Agreement**

State the term remaining

List the contract number of any government contract

**Sand K Pepperman**
**36897 Almont Dr**
**Sterling Heights, MI 48310**

---

Debtor 1    **Magens Interval Resort, Inc.**                                          Case number (*if known*) _____
           First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement (Week 20 & 26 - $8,886.00)** | |
|---|---|---|---|
| | State the term remaining | | **Sandra Swaringen** |
| | List the contract number of any government contract | | **171 Lakewood Drive** **Wilkesboro, NC 28697** |

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement (Week 14 - $7,500.00)** | |
|---|---|---|---|
| | State the term remaining | | **Sarah O'Connor** |
| | List the contract number of any government contract | | **1411 Wolftrap Run Rd** **Vienna, VA 22180** |

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Interest (Week 4 - $7,623.75) (Week 5 - $7,723.75) (Week 4 - $1,000.00) expires 2024/2028** | |
|---|---|---|---|
| | State the term remaining | | **Sharon Hood** |
| | List the contract number of any government contract | | **110 Country View Lane** **Chalfont, MA 01891-4000** |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Contract (Week 10 - $10,640.00)** | |
|---|---|---|---|
| | State the term remaining | **2034** | **Sharon Riek** |
| | List the contract number of any government contract | | **70 Steeplechase Dr.** **Racine, WI 53402** |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Contract (Week 30 - $2,000.00) (Week 31 - $2,000.00)** | |
|---|---|---|---|
| | State the term remaining | **2030** | **Slade Exley** |
| | List the contract number of any government contract | | **808 Audubon Point Dr.** **Brandon, MS 39047** |

Debtor 1   **Magens Interval Resort, Inc.**                                    Case number (*if known*) _____

     First Name           Middle Name         Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.99.** State what the contract or lease is for and the nature of the debtor's interest — **Diaster COVID-19 Economic Injury**

State the term remaining

List the contract number of any government contract — **4842547803**

**Small Business Adminstration
P.O. Box3918
Portland, OR 97208**

---

**2.100.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Agreement (Week 48 - $15,960.00)**

State the term remaining

List the contract number of any government contract

**Stanley Monokandilos
1037 Peninsula Ave
Tarpon Springs, FL 34689**

---

**2.101.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Agreement (Week 3 - $15,375.00)**

State the term remaining

List the contract number of any government contract

**Susan Holder
2403 Copeland Rd
Tyler, TX 75701**

---

**2.102.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Agreement**

State the term remaining

List the contract number of any government contract

**Tammy McIntyre
28 Gerenal Wooster Rd
Derby, CT 06418**

---

**2.103.** State what the contract or lease is for and the nature of the debtor's interest — **Membership Agreement (Week 9 - $12,000.00)**

State the term remaining

List the contract number of any government contract

**Thomas Goodrich
2223 S. Lakeshore Dr
Albion, IN 46701**

---

Debtor 1    **Magens Interval Resort, Inc.**                                   Case number *(if known)* _____
          First Name        Middle Name        Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | Timothy and Sarah O'Connor |
| | List the contract number of any government contract | | 1411 Wolftrap Run Rd |
| | | | Vienna, VA 22180 |

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | Tom Gretchen |
| | List the contract number of any government contract | | 1107 Duncan Ave |
| | | | Elgin, IL 60120 |

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement (Week 40 - $1,605.40)** | |
|---|---|---|---|
| | State the term remaining | | Wayne Degon |
| | List the contract number of any government contract | | 10 Willoughby Lane |
| | | | Palmer, MA 01069 |

| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement (Week 6 & 4 - $3,885.00)** | |
|---|---|---|---|
| | State the term remaining | | William Dillard |
| | List the contract number of any government contract | | 120 Providence Place |
| | | | York, SC 29745 |

| Fill in this information to identify the case: |
|---|

Debtor name      **Magens Interval Resort, Inc.**

United States Bankruptcy Court for the:      DISTRICT OF VIRGIN ISLANDS

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Flamboyan on the Bay Resort & Villas LLC** | **6200 Nagens Bay Road St Thomas, VI 00802** | | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Magens Point Inc** | **6200 Magens Bay Road St Thomas, VI 00802** | | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **MTS Suites, LLC** | **6200 Magens Bay Road St Thomas, VI 00802** | | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Tropic Leisure Corp** | **6200 Magens Bay Road St Thomas, VI 00802** | | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **Vidlot LLC** | **6200 Magen Bay Road St Thomas, VI 00802** | | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    **Magens Interval Resort, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF VIRGIN ISLANDS

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

   | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue**<br>Check all that apply | **Gross revenue**<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$332,947.64** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | **Description of sources of revenue** | **Gross revenue from each source**<br>(before deductions and exclusions) |
   |---|---|---|

---

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer**<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | **Insider's name and address**<br>Relationship to debtor | **Dates** | **Total amount of value** | **Reasons for payment or transfer** |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**

| Debtor | Magens Interval Resort, Inc. | | Case number *(if known)* | |

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<table>
<tr><td>Part 3:</td><td colspan="2">Legal Actions or Assignments</td></tr>
</table>

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | NS II, LLC v. Tropic Leisure Corp, Magens Interval Resort, Inc., Magens Point, Inc., Flamboyan on the Bay Resort & Villas LLC, MTS Suites, LLC, Vidlot LLC<br>ST-2020-CV-00191 | Civil-Action for Breach of Contract, Specific Performance and Declaratory Judgments | Superior Court of the Virgin Islands<br>Alexander A. Farrelly Justice Center<br>5400 Veteran's Drive, Sutie 1<br>St Thomas, VI 00802 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

<table>
<tr><td>Part 4:</td><td colspan="2">Certain Gifts and Charitable Contributions</td></tr>
</table>

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

<table>
<tr><td>Part 5:</td><td colspan="2">Certain Losses</td></tr>
</table>

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    **Magens Interval Resort, Inc.**                                        Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    **Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Barnes, D'Amour & Vogel**<br>**5143 Palm Passage**<br>**Suites 20C & 20D**<br>**St Thomas, VI 00802** | | **Throughout the Year for legal services** | **$36,500.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:**    **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **3**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Magens Interval Resort, Inc.** | Case number *(if known)* _____ |
|---|---|---|

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Membership Contract/Agreements**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **TD Bank**<br>**2033 Woodbury Avenue**<br>**Portsmouth, NH 03801** | **XXXX-0934** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **3/4/2025** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor   **Magens Interval Resort, Inc.** _____   Case number *(if known)* _____

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

---

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**   **Details About Environment Information**

---

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

---

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|

Debtor    **Magens Interval Resort, Inc.**                                                    Case number *(if known)* _____

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Tracy Wayman**<br>**6200 Magens Bay Road**<br>**St Thomas, VI 00802** | |
| 26a.2. **Michael C. Shelby**<br>**6200 Magens Bay Road**<br>**St Thomas, VI 00802** | |
| 26a.3. **B2D Samago CPA**<br>**7320 E. Fletcher Ave**<br>**Tampa, FL 33637** | **2020-25** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Michael C. Shelby**<br>**6200 Magens Bay Road**<br>**St Thomas, VI 00802** | |
| 26c.2. **Tracy Wayman**<br>**6200 Magens Bay Road**<br>**St Thomas, VI 00802** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Tracy Wayman** | **6200 Magens Bay Road**<br>**St Thomas, VI 00802** | **Director** | |

---

Official Form 207                Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                page **6**

Debtor    **Magens Interval Resort, Inc.**                                      Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael C. Shelby | 6200 Magens Bay Road<br>St Thomas, VI 00802 | Director, President<br>Shareholder | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mercedes Shelby | 6200 Magens Bay Road<br>St Thomas, VI 00802 | Director | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ☒ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☒ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ☒ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ☒ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **Magens Interval Resort, Inc.**                                    Case number *(if known)*

---

| **Part 14:** | **Signature and Declaration** |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 20, 2025**

**/s/ Michael Shelby**                                    **Michael Shelby**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Virgin Islands

In re **Magens Interval Resort, Inc.**

Debtor(s)

Case No.

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 50,000.00 |
| Prior to the filing of this statement I have received | $ | 2,500.00 |
| Balance Due | $ | 47,500.00 |

2. The source of the compensation paid to me was:

   ☑ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor     ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 20, 2025**

*Date*

**/s/ Kevin F. D'Amour**
**Kevin F. D'Amour**
*Signature of Attorney*
**Barnes, D'Amour & Vogel**
**5143 Palm Passage**
**Suite 20C & 21C**
**St Thomas, VI 00802**
**340 776-0777**
**kdamour@usvilawfirm.com**
*Name of law firm*

# United States Bankruptcy Court
## District of Virgin Islands

In re   **Magens Interval Resort, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Michael C. Shelby**<br>**6200 Magens Bay Road**<br>**St Thomas, VI 00802** | **Common Stock** | **1000** | **Stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **June 20, 2025**

Signature   **/s/ Michael Shelby**

**Michael Shelby**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### District of Virgin Islands

In re    **Magens Interval Resort, Inc.**                                          Case No.
                                        Debtor(s)                                  Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June 20, 2025**                          **/s/ Michael Shelby**
                                                **Michael Shelby/President**
                                                Signer/Title

MAGENS INTERVAL RESORT, INC.
6200 MAGENS BAY ROAD, SUITE 2
ST THOMAS, VI 00802

BERNADETTE KOHUT
7 STERLING DR.
NEW MILFORD, CT 06776

DEARLINE AND TERRY WILIAMS
3818 BELL ST
WILSON, NC 27893

KEVIN F. D'AMOUR
BARNES, D'AMOUR & VOGEL
5143 PALM PASSAGE
SUITE 20C & 21C
ST THOMAS, VI 00802

BRENDA AND NILES HOWARD
516 HARDAGE TRACE
MARIETTA, GA 30064

DEBRA AND KELLY WILSON
8 WEST WLANUT ST
WASHINGTON, IN 47501

ALAN AND JEANNE SAALFRANK
825 ANSLEY DR
FORT WAYNE, IN 46804

BRIAN, LAURA AND MARC MCKAY
36 MANALAPAN AVE
FREEHOLD, NJ 07728

DENNIS, NANCY AND KRISTIN S
156 A SOUTH FORTH ST.
LEHIGHTON, PA 18235

ALANA PETRASKE
30 JONES ST
NEW YORK, NY 10014

CARL NEAL
3401 TIPTON LANE
WOODBRIDGE, VA 22192

DIANN ADAMS
19 WOODLAN RD
DURHAM, ME 04222

AMY STOUT
2165 ISABELLA DR.
CHESAPEAKE, VA 23321

CAROLE LUCAS AND PETER COONEY
27 BRIAR CIRCLE
SOUTH YARMOUTH, MA 02664

DONALD & ANDREA ESLER
TRIGSTAD RD 5955
AURORA, MN 55705

ANDREW AND DEBBIE PIRKLE
P.O. BOX 2697
BIG SPRING, TX 79720

CAROLE SVEBAKKEN
215 E. ASH
THREE OAKS, MI 49218

DONALD ESLER
5955 TRIGSTAD RD
AURORA, MN 55705

ANDREW JOHNSON
258 SYCAMORE ST.
BUFFALO, NY 14204

CHARLES GOAS
6700 150TH AVE, NORTH LOT 108
CLEARWATER, FL 33764

EDWARD FREDERICK
83 MORGAN ST
STAMFORD, CT 06905

BAY CLUB MEMBERS

CHRISTORPHER & ELIZABETH DAWKINS
101 SAKATAH LANE
MANKATO, MN 56001

EDWARD FREDERICK
83 MORGAN ST
STAMFORD, CT 06905

BAY CLUB MEMBERS

CONTINGENT - BAY CLUB MEMBERS

ELIZABETH SCHEIDLER
5024 ESSEX DR.
CARMEL, IN 46033

ELIZABETH SCHEIDLER & JEFFREY WHEELER
5024 ESSEX DR.
CARMEL, IN 46033

GREGORY CARMAN
266 MAIN STREET
FARMINGDALE, NY 11785

JOHN AND DIANA CHOY
983 NEW BRUNSWICK AVE
RAHWAY, NJ 07065

FLAMBOYAN ON THE BAY RESORT & VILLA, LLC
6200 MAGENS BAY ROAD
ST THOMAS, VI 00802

GRETCHEN & TOM HOGY
1107 DUNCAN AVE
ELGIN, IL 60120

JOHN AND MODDY HARDING
219 PINE ST
FREEPORT, NY 11520

FLAMBOYAN ON THE BAY RESORT & VILLA, LLC
6200 NAGENS BAY ROAD
ST THOMAS, VI 00802

GUY RAYMOND
190 OLD COVE RD
LIVERPOOL, NY 13090

JOHN KONDRACKI
171 TIFTON ST
ADVANCE, MA 02700-6000

FLORANCE A. GREENSTEIN
PMB 265
BROOKLYN, NY 11236

HEATHER AND ZANE HANNOLD
1104 STONE FERRY LANE
RALEIGH, NC 27606

JOHN NEIHESEL
9766 YODER RD SW
NASHVILLE, OH 44661

GARLAND CHAMBERS
6822 AUTUMN WOOD LANE
ROANOKE, VA 24019

HOI Q. LE
44185 GLENDORA DRIVE
FREMONT, CA 94539

JOHN PEPPERMAN
36897 ALMONT DRIVE
STERLING HEIGHTS, MI 48310

GENE CARTIER
1712 FARINGTON LANE
FAYETTEVILLE, NC 28305

JAMES SEGELSTROM
1006 ABBOTT ST., WEST
STILLWATER, MN 55082

JOHN PRIMM
9191 NORTH LIMA RD
YOUNGSTOWN, OH 44514

GENERAL ENGINEERING CORPORATION
P.O. BOX 1656
KINGSHILL, VI 00851

JOHN & MARY WALLMAN
292 EMERALD BAY
MONETA, VA 24121

JOHN STANIOSKI
193 HIGH ROAD
NEWBURY, MA 01951

GERALDINE R. EURE
624 SHANHICAN DRIVE
TRENTON, NJ 08618

JERRY WILLIAMS
3818 BELL ST
WILSON, NC 27893

JONATHAN LUCAS
1805 WALLER ST
PORTSMOUTH, OH 45662

GORDAN E. HENDERSON
4901 LAKEGREEN CT.
RALEIGH, NC 27612

JOHN & DIANE SANTA CROCE
16 SPRUCE STREET
HUDSON FALLS, NY 12839

JOSEPH AND VICTORIA SANTA M
7102 MYRTLEWOOD LANE
SPRING HILL, FL 34606

JOYCE CHIZICK
P.O. BOX 325
LYNDONVILLE, NY 14098

LAURA & MARC WELLAUER
35 MANALAPAN AVE
FREEHOLD, NJ 07728

MARK AND SHRLEY NICOL
10417 MOUNT SUNAPEE RD
VIENNA, VA 22182

JUDITH AND RB HOOKS
18304 WALKER BRANCH CT
LAUREL, MD 20707

LEONIDIS B. SUTHERLAND
170 KEL WEN CIRCLE
DESTIN, FL

MARK WALKER
5625 S. DUNROBIN DR,
SPRINGFIELD, MO 65809

KAREN MUELLER
2209 HARBOR DR
BISMARCK, ND 58504

LOUISE MARY JERRELL
2741 N SALISBURY
APT #2303
CARMEL, IN 46033

MARTY & RHONDA HOLT
130 SPRING CREEK ROAD
TROY, MO 63379

KELLY WILSON
8 WEST WALNUT ST
WASHINGTON, IN 47501

LT. GOVENOR'S OFFICE
5049 KONGENS GADE
ST THOMAS, VI 00802

MARY DAVIES
C/O LEE ROHN
1108 KING ST SUITE 3
CHRISTIANSTED, VI 00820

KERI AND STANLEY MONOKANDILOS
1037 PENNINSULA AVE
TARPON SPRINGS, FL 34689

LUIS DESPAIGNE
2067 INDEPENDENCE DR
NEW WINDSOR, NY 12553

MAYLYNE AND EVAN KAMIDOI
821 NORTH Z ST
LOMPOC, CA 93436-3815

KEVIN & TAMMY MCINTYRE
28 GENERAL WOOSTER RD
DERBY, CT 06418

LYNETTE W. DEMAREST
1800 OLD MEADOW ROAD
#215
MC LEAN, VA 22102

MICHAEL SHAFER
257 UNION AVENUE
KITTANNING, PA 16201

KIM MCLEAN
2813 CROSSFIELDS WAY
HERNDON, VA 20171

MAGENS POINT INC
6200 MAGENS BAY ROAD
ST THOMAS, VI 00802

MINI CLUB MEMBERS

LARS & TERRI HALLBERG
1408 REBECCA LANE
SAINT PAUL, MN 55122

MARCIA SIMPSON AND DANIEL ROUTLEDGE
THREE TULIP ST
WALLACEBURG, ON

MONTE & REGINA VENT
17266 TWP HWY 58
UPPER SANDUSKY, OH 43351

LARS AND TERRIE HALLBERG
1408 REBECCA LANE
SAINT PAUL, MN 55122

MARIA ANDRIOTIS
32-23 163RD STREET
FLUSHING, NY 11358

MTS SUITES, LLC
6200 MAGENS BAY ROAD
ST THOMAS, VI 00802

NILS & BRENDA HOWARD
516 HARDAGE TRACE
MARIETTA, GA 30064

RANDALL GOERTZEN
26427 HIGH BANKS DR
SALISBURY, MD 21801

ROBYN AND BRUCE RATLIFF
3459 VAN WIE DR. EAST
BALDWINSVILLE, NY 13027

NS II, LLC
605 E. ROBINSON STREET
SUITE 730
ORLANDO, FL 32801

RANDY SMITH
135 COUNTY VIEW
KUNKLETOWN, PA 18058

ROGER LOMBARD
10965 1ST STREET
FOLEY, MN 56329

PATTY L. TIGNER, TRUSTEE
P.O. BOX2281
LANCASTER, ME 04313

RICHARD & ANN LAFFORD
6270 MCNEIL HILL RD
DANSVILLE, NY 14437

RON VINCE
1207 INDIAN PEAK ROAD
GOLDEN, CO 80403

PETER COONEY
27 BRIAR CIRCLE
BOSTON, MA 02266-4000

RICHARD AND JANICE GODDEN
N 8036 900TH ST
RIVER FALLS, WI 54022

SAL SANTORE
1417 LAKE BASS DRIVE
LAKE WORTH, FL 33461

PETER WHITE, JR.
7390 SW 131 ST
MIAMI, FL 33156-5370

RICHARD KNOP
38320 IMPERIAL LANE
WAUKEGAN, IL 60087

SAND K PEPPERMAN
36897 ALMONT DR
STERLING HEIGHTS, MI 48310

PHILIP AND BARBARA FITZPATRICK
26 FOXHUNT CT
STATEN ISLAND, NY 10301

RICHARD MORABITO
28567 CHATHAM
GROSSE ILE, MI 48138

SANDRA SWARINGEN
171 LAKEWOOD DRIVE
WILKESBORO, NC 28697

PHILIP AND BARBARA FITZPATRICK
26 FOXHUNT CT
STATEN ISLAND, NY 10301

RICHARD SAWYER
1012 BELMOND RD
GETTYSBURG, PA 17325

SARAH O'CONNOR
1411 WOLFTRAP RUN RD
VIENNA, VA 22180

PHILIP STRAMBLER
8208 BRATTLE RD
PIKESVILLE, MD 21208

ROBERT HORDICH
304 STONEY CREEK RD
CLARKS SUMMIT, PA 18411

SHARON HOOD
110 COUNTRY VIEW LANE
CHALFONT, MA 01891-4000

PHILLIP HUGGETT
W 4277 COUNTY RD G
ELLSWORTH, WI 54011

ROBERT MCCANN
41 W, COLONIAL HWY
HAMILTON, VA 20158

SHARON RIEK
70 STEEPLECHASE DR.
RACINE, WI 53402

SLADE EXLEY
808 AUDUBON POINT DR.
BRANDON, MS 39047

TROPIC LEISURE CORP
6200 MAGENS BAY ROAD
ST THOMAS, VI 00802

SMALL BUSINESS ADMINSTRATION
P.O. BOX3918
PORTLAND, OR 97208

VIDLOT LLC
6200 MAGEN BAY ROAD
ST THOMAS, VI 00802

SMALL BUSINESS ADMINSTRATION
P.O. BOX3918
PORTLAND, OR 97208

WAYNE DEGON
10 WILLOUGHBY LANE
PALMER, MA 01069

STANLEY MONOKANDILOS
1037 PENINSULA AVE
TARPON SPRINGS, FL 34689

WILLIAM DILLARD
120 PROVIDENCE PLACE
YORK, SC 29745

SUSAN HOLDER
2403 COPELAND RD
TYLER, TX 75701

TAMMY MCINTYRE
28 GERENAL WOOSTER RD
DERBY, CT 06418

THOMAS GOODRICH
2223 S. LAKESHORE DR
ALBION, IN 46701

TIMOTHY AND SARAH O'CONNOR
1411 WOLFTRAP RUN RD
VIENNA, VA 22180

TOM GRETCHEN
1107 DUNCAN AVE
ELGIN, IL 60120

# United States Bankruptcy Court
### District of Virgin Islands

In re   **Magens Interval Resort, Inc.**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Magens Interval Resort, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 20, 2025**

Date

**/s/ Kevin F. D'Amour**

**Kevin F. D'Amour**

Signature of Attorney or Litigant

Counsel for   **Magens Interval Resort, Inc.**

**Barnes, D'Amour & Vogel**
**5143 Palm Passage**
**Suite 20C & 21C**
**St Thomas, VI 00802**
**340 776-0777**
**kdamour@usvilawfirm.com**